```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28321
   ROBIN L ABRAMS
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

         Debtor
   SSN XXX-XX-4699


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
      The case was filed on 07/30/2004 and was confirmed 10/19/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.90% from remaining funds.

      The case was paid in full 02/09/2009.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
TRIAD FINANCIAL CORP       SECURED          12000.00       1707.99      12000.00
TRIAD FINANCIAL CORP       UNSECURED OTH    11042.61           .00       1205.96
AMERICASH LOANS LLC        UNSECURED          594.86           .00         64.86
CAPITAL ONE BANK           FILED LATE         645.61           .00           .00
CAPITAL ONE BANK           UNSECURED          401.08           .00         43.73
ASPIRE                     UNSECURED          686.86           .00         74.87
PREMIER BANCARD CHARTER    UNSECURED          348.08           .00         37.95
GATEWAY CHEVROLET          UNSECURED       NOT FILED           .00           .00
HHLD BANK                  UNSECURED       NOT FILED           .00           .00
ILLINOIS TITLE LOAN        UNSECURED       NOT FILED           .00           .00
INSTANT CASH ADVANCE       UNSECURED       NOT FILED           .00           .00
MIDAMERICA BANK            UNSECURED       NOT FILED           .00           .00
NORTHSIDE COMMUNITY FEDE   UNSECURED       NOT FILED           .00           .00
ISAC                       UNSECURED OTH    21040.92           .00       2297.88
UNITED STUDENT AID FUNDS   UNSECURED         2625.00           .00        286.15
UNITED STUDENT AID FUNDS   UNSECURED         4081.33           .00        444.95
SUNRISE CREDIT SERVICES    UNSECURED       NOT FILED           .00           .00
AMERICASH LOANS LLC        UNSECURED          560.43           .00         61.11
CAPITAL ONE BANK           FILED LATE         458.36           .00           .00
GLEASON & MACMASTER        DEBTOR ATTY       1,994.00                   1,994.00
TOM VAUGHN                 TRUSTEE                                      1,280.55
DEBTOR REFUND              REFUND                                          97.80

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    21,597.80

PRIORITY                                           .00
SECURED                                      12,000.00
    INTEREST                                  1,707.99

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 28321 ROBIN L ABRAMS
```

```
UNSECURED                                                      4,517.46
ADMINISTRATIVE                                                 1,994.00
TRUSTEE COMPENSATION                                           1,280.55
DEBTOR REFUND                                                     97.80
                                    ----------------    ----------------
TOTALS                                     21,597.80           21,597.80
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                                           /s/ Tom Vaughn  
Dated: 03/05/09                    _____  
                                                          TOM VAUGHN  
                                                          CHAPTER 13 TRUSTEE